UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | No. 3:06-CR-158(SRU) |
| STANLEY SHENKER | : | |
| Defendant | : | OCTOBER 19, 2006 |

## **DEFENDANT SHENKER'S MOTION TO DISMISS**

The defendant, Stanley Shenker, moves to dismiss counts one through five of the superseding indictment on the ground that:

1. Those counts are barred by the five year statute of limitations set forth in 18 U.S.C. §3282(a) which states:

> …Except as otherwise expressly provided by law, no person shall be prosecuted, tried or punished for any offense, not capital, unless the indictment is found or the information is instituted within five years next after such offense shall have been committed.

2. Counts one and five fail to state an offense against the United States.

3. Title 18 U.S.C. §1346 may not be constitutionally construed to reach Shenker's conduct after February 2000 when Bell was terminated by the WWE.

4. Count one is duplicitous because it alleges two separate conspiracies in one count.

For these reasons and those set forth in the accompanying memorandum of law in support of defendant Shenker's motion to dismiss, all counts of the superseding indictment should be dismissed.

        THE DEFENDANT,
        STANLEY SHENKER

        BY_____
        ANDREW B. BOWMAN
        Federal Bar No: ct00122
        1804 Post Road East
        Westport, CT 06880
        (203) 259-0599
        (203) 255-2570 (Fax)
        e-mail: andrew.bowman@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 20th day of October, 2006 to:

Richard J. Schechter, AUSA
915 Lafayette Blvd.
Bridgeport, CT 06604

Christopher W. Schmeisser, AUSA
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
ANDREW B. BOWMAN