# EXHIBIT A

## *Andrew B. Bowman*
### LAW OFFICES

1804 POST ROAD EAST
*Westport, Ct* 06880-5683
TEL (203) 259-0599
FAX (203) 255-2570

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Kari Dooley, AUSA | **From:** | Andrew B. Bowman |
| **Fax:** | 579-5550 | **Date:** | 8/4/04 |
| **Phone:** | 696-3000 | **Pages:** | 3 |
| **Re:** | Stanley Shanker | | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

•**Comments:** Enclosed please find August 3, 2004 Waiver of Statute of Limitations for Stanley Shanker.

**Any Problems with Transmittal, contact Michele Arthur (203) 259-0599**

### CONFIDENTIALITY NOTE:

The document accompanying this telecopy transmission contains information from Andrew B. Bowman, Attorney at Law, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, taking any action in reliance on the contents of this telecopied information is strictly prohibited; and that the document should be returned to this law firm immediately. In this regard, if you have received this telecopy in error, please telephone us immediately so that we can arrange for the return of the documents to us at no cost to you.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED UNDER SEAL**

IN RE GRAND JURY PROCEEDINGS

: MISC. CRIMINAL NO.
:
: August 3, 2004

## WAIVER OF STATUTE OF LIMITATIONS

I, STANLEY SHANKER, having been advised that the applicable statute of limitations relating to a portion of the federal offenses now under investigation by federal grand jury B-03-1 may expire in August 2004, and having been further advised that the United States Attorney for the District of Connecticut may present to a federal grand jury a proposed indictment charging me with one or more of said federal offenses prior to that date, hereby state that, upon advice of counsel, it is my desire to waive and I hereby knowingly and voluntarily waive from this date through October 31, 2004, or the date thirty days after Notice is given by myself of a termination of this waiver, whichever is later (Tolling Date)[1], the running of the statute of limitations for Title 18, United States Code, federal offenses, and I therefore knowingly and voluntarily waive my right to assert, and agree that I will not assert, any statute of limitations defense to such

---

[1] Written Notice of termination of the tolling period will be accomplished by sending such notice by FedEx and facsimile to the United States Attorney's Office for the District of Connecticut, "Attention: Kari A. Dooley."

# EXHIBIT A

Title 18 offenses based upon the passage of time covered by this agreement, so that this matter may be further considered by the United States Attorney for the District of Connecticut.

*[signature]* 

Stanley Shanker    8-3-04
Individually
DATED:

Approved:

*[signature]*

Andrew Bowman, Esquire    8-3-04
Attorney for Stanley Shanker

DATED:

EXHIBIT A

OCT-15-2004  15:47                                                    203 255 2570    P.01/02

*Andrew B. Bowman*
LAW OFFICES

1804 POST ROAD EAST
*Westport, Ct 06880-5683*
TEL (203) 259-0599
FAX (203) 255-2570

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Karl Dooley | **From:** | Andrew B. Bowman |
| **Fax:** | 203-773-5376 | | 203 259-0599 |
| | 203-821 3700 | **Pages:** | 2 |
| **Re:** | Waiver of S/L Shenker | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

•Comments: Enclosed please find executed waiver of statute of limitations from October 30 through November 30, 2004 signed by Stanley Shenker and by me.

Any Problems with Transmittal, contact Michele Arthur (203) 259-0599

### CONFIDENTIALITY NOTE:

The document accompanying this telecopy transmission contains information from Andrew B. Bowman, Attorney at Law, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, taking any action in reliance on the contents of this telecopied information is strictly prohibited; and that the document should be returned to this law firm immediately. In this regard, if you have received this telecopy in error, please telephone us immediately so that we can arrange for the return of the documents to us at no cost to you.

# EXHIBIT A

OCT-15-2004  15:47                                                    203 255 2570  P.02/02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED UNDER SEAL

IN RE GRAND JURY PROCEEDINGS

: MISC. CRIMINAL NO.
: October 12, 2004

## WAIVER OF STATUTE OF LIMITATIONS

I, STANLEY SHENKER, having previously executed a Waiver of Statute of Limitations, upon advice of counsel and so that this matter may be further considered by the United States Attorney for the District of Connecticut, do hereby knowingly and voluntarily toll, from October 30, 2004 through November 30, 2004, the running of the statute of limitations for Title 18, United States Code, federal offenses, which may be under investigation by the United States Attorney's Office for the District of Connecticut and I therefore knowingly and voluntarily waive my right to assert, and agree that I will not assert, any statute of limitations defense to such Title 18 offenses based upon the passage of time covered by this agreement.

STANLEY SHENKER
Individually
DATED:

Approved:

Andrew Bowman, Esquire
Attorney for Stanley Shenker

DATED: 10/13/04

TOTAL P.02

# EXHIBIT A

*Andrew B. Bowman*
LAW OFFICES

1804 POST ROAD EAST
*Westport, Ct 06880-5683*
TEL (203) 259-0599
FAX (203) 255-2570

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Christopher W. Schmeisser, AUSA | **From:** | Andrew B. Bowman |
| **Fax:** | 579-5550 | **Date:** | 5/13/04 |
| **Phone:** | | **Pages:** | 3 |
| **Re:** | United States vs. Stanley Shenker | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

**•Comments:** Enclosed please find copy of defendant's Waiver of Statute of Limitations

**Any Problems with Transmittal, contact Michele Arthur (203) 259-0599**

### CONFIDENTIALITY NOTE:

The document accompanying this telecopy transmission contains information from Andrew B. Bowman, Attorney at Law, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing, taking any action in reliance on the contents of this telecopied information is strictly prohibited; and that the document should be returned to this law firm immediately. In this regard, if you have received this telecopy in error, please telephone us immediately so that we can arrange for the return of the documents to us at no cost to you.

NOV-29-2004  17:05                                                      203 255 2570    P.02/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED UNDER SEAL**

IN RE GRAND JURY PROCEEDINGS

: MISC. CRIMINAL NO.
:
: November 29, 2004

## WAIVER/TOLLING OF STATUTE OF LIMITATIONS

STANLEY SHENKER, having previously executed waivers of statute of limitations, and understanding that the United States Attorney's Office for the District of Connecticut may be investigating certain possible federal criminal offenses relating to, among others, his involvement with James Bell and/or World Wrestling Entertainment (including, but not limited to, tax and fraud offenses under Title 18 and 26 of the United States Code), and having been further advised that the United States Attorney for the District of Connecticut intends to present in the near future to a federal grand jury a proposed indictment naming him as a defendant, hereby state that, upon advice of counsel, it is Mr. Shenker's desire to exclude the period of time from August 3, 2004, through January 31, 2005, or the date ten days after the date this waiver is revoked in writing by Mr. Shenker, whichever is later,[1] from any period used to calculate the applicable

---

[1] Written revocation will be accomplished by sending by FedEx and facsimile to the below-signed counsel at the United States Attorney's Office for the District of Connecticut giving notice of the revocation of this waiver/tolling agreement. Mr. Shenker, through his counsel, further agrees to attempt to have his counsel contact the below-signed Assistant United States

NOV-29-2004  17:05                                              203 255 2570   P.03/03

statute of limitations for any prosecution by the United States of Mr. Shenker for violation of federal law.

Stipulated and Agreed to by:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

By: /s/ Christopher W. Schmeisser
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY

The below-signed certifies that he has read this tolling agreement or has had it read to him, that he has had ample time to discuss this agreement with counsel and that he fully understands and accepts its terms.

/s/ Stanley Shenker                    Nov. 29th, 2004
STANLEY SHENKER                        Date

I have thoroughly read, reviewed and explained this tolling agreement to my client who advises me that he understands and accepts its terms.

/s/ Andrew Bowman                      11-29-2004
ANDREW BOWMAN                          Date
Attorney for Mr. Shenker

---

Attorney orally of the intention to revoke this waiver/tolling agreement prior to or at the time the written revocation is sent.

TOTAL P.03