**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

07 APR -4 AM 10: 19

NEW HAVEN, CONNECTICUT

T 412.355.6500   www.klgates.com

April 3, 2007

Jerry S. McDevitt
D 412.355.8608
F 412.355.6501
jerry.mcdevitt@klgates.com

**VIA FEDERAL EXPRESS**

Assistant U.S. Attorney
Christopher Schmeisser
Office of the United States Attorney
District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT 06510

RE:   **United States v. Stanley Shenker**, Docket No. 3:06 CR 158 (SRU)

Dear Mr. Schmeisser:

Pursuant to your request, enclosed please find copies of documents reflecting an approximate schedule of out-of-state flights/travel made by Stanley Shenker ("Shenker") from May 2006 through February 2007. I have also provided a summary herewith, for your convenience, of the enclosed documents.*

**MAY 2006—**

- May 5, 2006—Shenker makes a withdrawal at 152 Main Street, New Canaan, Connecticut (See Tab 1)

- Shenker travels to Connecticut from Florida

- May 12, 2006—Shenker makes a withdrawal at 4900 Okeechobee B. West Palm Beach, Florida (See Tab 1)

- Shenker travels to Florida from Connecticut

- May 25, 2006—Shenker makes an ATM deposit at 42 Forest Street, New Canaan, Connecticut (See Tab 2)

- May 31, 2006—Shenker makes an ATM withdrawal at 42 Forest Street, New Canaan, Connecticut (See Tab 2)

---

* Summary is based on the financial disclosures produced by Stanley Shenker, Shenker & Associates, Inc. and BSA in connection with the December 11, 2004 Stipulation entered into with respect to the SSAI civil litigation in Connecticut.

PI-1751739 v1

K&L|GATES

Assistant U.S. Attorney
Christopher Schmeisser
April 3, 2007
Page 2

**JUNE 2006—**

- Shenker travels to Connecticut from Florida

- June 9, 2006—Shenker makes an ATM withdrawal in Royal Palm Beach, Florida (See Tab 2)

- June 14, 2006—Shenker makes an ATM deposit and withdrawal in Royal Palm Beach, Florida (See Tab 2)

- June 25, 2006—Shenker makes an ATM withdrawal in Royal Palm Beach, Florida (See Tab 3)

- June 30, 2006—Shenker makes an ATM deposit in Royal Palm Beach, Florida (See Tab 3)

**AUGUST 2006—**

- August 10, 2006—Shenker makes an ATM withdrawal in Royal Palm Beach, Florida (See Tab 4)

- August 24, 2006—Shenker makes a withdrawal at 11707 W. Okeechobee, Royal Palm Beach, Florida (See Tab 5)

- Shenker travels from Florida to Nevada

- August 28, 2006—Shenker makes a withdrawal at the Golden Nugget Casino in Las Vegas, Nevada (See Tab 5) (Note: In August 2006, the legendary hotel-casino celebrated its 60th Diamond Jubilee anniversary.)

- Shenker travels from Nevada to Florida (no evidence of the flight date, but financial disclosures evidence Shenker back in Florida by September 2, 2006, see Tab 6)

**K&L|GATES**

Assistant U.S. Attorney
Christopher Schmeisser
April 3, 2007
Page 3

**DECEMBER 2006—**

- ➢ December 1, 2006—Shenker makes a withdrawal at ATM in Royal Palm Beach, Florida (See Tab 7)

- ➢ Shenker travels from Florida to New Jersey

- ➢ December 4, 2006—Shenker purchases gasoline at BP in Fort Lee, New Jersey (See Tab 8)

- ➢ Shenker travels from New Jersey to Florida

- ➢ December 20, 2006—Shenker purchases gasoline at Exxon in Royal Palm Beach, Florida (See Tab 9)

- ➢ December 28, 2006—Shenker purchases gasoline at Exxon in Royal Palm Beach, Florida (See Tab 9)

- ➢ December 31, 2006—Shenker purchases gasoline at BP in West Palm Beach, Florida (See Tab 8)

**JANUARY 2007—**

- ➢ Shenker travels from Florida to Connecticut

- ➢ January 2, 2007—Shenker travels to Stamford, Connecticut for hearing in front of Judge Shay on January 3, 2007 (See Tab 10)

K&L|GATES

Assistant U.S. Attorney
Christopher Schmeisser
April 3, 2007
Page 4

- ➢ January 5, 2007—Shenker purchases gasoline at Exxon in West Flushing, NY (See Tab 9)

- ➢ Shenker travels from New York to Florida

- ➢ January 7, 2007—Shenker purchases gasoline at Exxon in 7225 W. Atlantic Avenue, Delray Beach, Florida (See Tab 9)

- ➢ January 10, 2007—Shenker makes an ATM withdrawal in West Palm Beach, Florida (See Tab 11)

- ➢ Shenker travels from Florida to Connecticut

- ➢ January 11-12, 2007—Shenker makes an appearance in federal court in Connecticut (See Tab 12)

- ➢ Shenker travels from Connecticut to Florida

- ➢ January 13, 2007—Shenker purchases gasoline at Exxon in Royal Palm Beach, Florida (See Tab 9)

- ➢ January 18, 2007—Shenker purchases gasoline in Royal Palm Beach, Florida (See Tab 13)

- ➢ January 18, 2007—Shenker makes an ATM withdrawal in Royal Palm Beach, Florida (See Tab 14)

- ➢ January 21, 2007—Shenker purchases gasoline at Shell at 7901 W. Broward Plantation, Florida (See Tab 15)

- ➢ January 26, 2007—Shenker purchases gasoline in West Palm Beach, Florida (See Tab 13)

- ➢ January 31, 2007—Shenker makes an ATM withdrawal in Royal Palm Beach, Florida (See Tab 16)

# K&L|GATES

Assistant U.S. Attorney
Christopher Schmeisser
April 3, 2007
Page 5

**FEBRUARY 2007—**

- February 1, 2007—Shenker purchases gasoline at Shell in Royal Palm Beach, Florida (See Tab 12)

- Shenker travels from Florida to New Jersey

- February 12, 2007—Shenker purchases gasoline at Sunoco in N. Cranbury, New Jersey (See Tab 17)

- February 12, 2007—Shenker makes an ATM withdrawal at 1515 Broadway, New York, New York (See Tab 16)

- February 13, 2007—Shenker makes an ATM inquiry at 1515 Broadway, New York, New York (See Tab 18)

- Shenker travels from New York to Nevada

- February 14, 2007—Shenker makes ATM withdrawals in Las Vegas, Nevada (See Tab 19)

- Shenker travels from Nevada to Florida

- February 20, 2007—Shenker makes an ATM withdrawal in Royal Palm Beach, Florida (See Tab 20)

**NOTE:** During the January 3, 2007 hearing in front of Judge Shay, Peter Nolin, Esq. made the following representations to the Court (See Tab 21):

> [Shenker's] got general business expenses such as auto lease, he's got to put gas in the car, and he's got to travel for customers and clients. (p. 44)

> If [Shenker is] going to pay himself 4500 that leaves the company about 3500 a month to cover all his expenses including renting

K&L|GATES

Assistant U.S. Attorney
Christopher Schmeisser
April 3, 2007
Page 6

a car, paying insurance, business travel, gasoline. (p. 50)

Obviously, Mr. Shenker is going to need some reasonable expenses for travel and hotel back to Connecticut. He will be on trial, he goes back and then comes back in another week and will be here for two to three weeks to prep with counsel. We would like, as part of the legal fee budget, to be allowed that he put in reasonable expense for travel and hotel, and we will submit billings to WWE for those expenses. (p. 54)

If you should have any questions regarding the foregoing, please do not hesitate to contact me directly.

Sincerely,

Jerry S. McDevitt

JSM:
Enclosures