UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:06CR158(SRU) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| STANLEY SHENKER | : | April 26, 2007 |

**WORLD WRESTLING ENTERTAINMENT, INC.'S MOTION TO PLACE VICTIM IMPACT STATEMENT ON THE DOCKET**

World Wrestling Entertainment, Inc. ("WWE"), by and through its undersigned counsel, hereby files its Motion to Place Victim Impact Statement on the Docket. In support thereof, WWE states as follows:

1. On February 10, 2005, James K. Bell ("Bell"), WWE's former Senior Vice President of Licensing and Merchandising, pled guilty in this Court to a one-count information charging him with mail fraud, in violation of Title 18 U.S.C. § 1341, as part of a scheme in which he knowingly and willingly participated, to deprive WWE of the intangible right of honest services.

2. On January 12, 2007, Stanley Shenker ("Shenker") pled guilty in this Court to Count One of a five count Superseding Indictment, No. 3:06CR158 (SRU), charging him with conspiracy to transport money obtained by fraud in interstate commerce and wire fraud by engaging in a scheme to defraud WWE of money, property and honest services in violation of Title 18 U.S.C. § 371.

3.	WWE has prepared a Victim Impact Statement for the Court's consideration.  See Exhibit A, attached hereto.

4.	WWE would like its Victim Impact Statement to be included as part of the public record in the matter <u>United States v. Stanley Shenker</u>, No. 3:06CR158 (SRU).

WHEREFORE, for the foregoing reasons, WWE respectfully requests that this Court permit WWE to file its Victim Impact Statement as part of the public record in the instant matter.

WORLD WRESTLING
ENTERTAINMENT, INC.

By: /s/ Terence J. Gallagher
    Terence J. Gallagher (ct22415)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901-2047
    Telephone: (203) 977-7300
    Facsimile:  (203) 977-7301
    Email: tjgallagher@daypitney.com

## **CERTIFICATION OF SERVICE**

       I hereby certify that on April 26, 2007, a copy of the foregoing was sent via overnight courier to the following counsel of record:

Andrew B. Bowman, Esq.  
Law Offices of Andrew Bowman  
1804 Post Road East  
Westport, CT 06880  
(203) 259-0599  

Christopher W. Schmeisser, Esq.  
U.S. Attorney's Office  
157 Church Street, 23rd Floor  
New Haven, CT 06510  
(203) 821-3754  

Richard J. Schechter, Esq.  
U.S. Attorney's Office  
915 Lafayette Boulevard, Rm. 309  
Bridgeport, CT 06604  
(203) 696-3049  

John R. Williams, Esq.  
51 Elm Street, Ste. 409  
New Haven, CT 06510  
(203) 562-9931  

                                                Terence J. Gallagher  
                                                Terence J. Gallagher