UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION
## FINANCIAL INSTITUTION

FILED

2008 AUG -8 A 9: 40

**APPLICATION**

To the United States District Court for the District of Connecticut at Bridgeport, Connecticut, in connection with a judgment entered on 5/9/07. Docket No. 3:06-cr-158 (SRU), Case name: USA v. Stanley Shenker

DISTRICT COURT
BRIDGEPORT, CONN

NAME AND ADDRESS OF JUDGMENT CREDITOR MAKING APPLICATION:

World Wrestling Federation Entertainment, Inc.
c/o Jerry S. McDevitt, Esq.
K&L Gates LLP
Henry W. Oliver Building - 535 Smithfield Street
Pittsburgh, PA 15222-2312

NAME(S) AND ADDRESS(ES) OF JUDGMENT CREDITOR(S):

World Wrestling Federation Entertainment, Inc.
c/o Jerry S. McDevitt, Esq.
K&L Gates LLP
Henry W. Oliver Building - 535 Smithfield Street
Pittsburgh, PA 15222-2312

NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S):

Stanley Shenker, FCI Jesup, Federal Correctional Institution
2680  301 South
Jesup, GA 31599

| | |
|---|---|
| AMOUNT OF JUDGMENT: | $ 2,867,239.55 |
| AMOUNT OF COSTS: | $ |
| AMOUNT OF INTEREST   (if applicable): | $ |
| TOTAL JUDGMENT AND COSTS: | $ 2,867,239.55 |
| TOTAL PAID ON ACCOUNT: | $ 788,280.4 |
| TOTAL UNPAID JUDGMENT: | $ 2,078,959.15 |

**IF JUDGMENT DEBTOR IS A NATURAL PERSON:**
**IS THIS A JUDGMENT ARISING OUT OF SERVICES RENDERED AT A HOSPITAL?**
◉ No   ○ Yes

**IF THIS IS A JUDGMENT ARISING OUT OF SERVICES RENDERED AT A HOSPITAL, HAS A STAY OF A FINANCIAL INSTITUTION EXECUTION BEEN ENTERED PURSUANT TO AN INSTALLMENT PAYMENT ORDER?**
○ No   ○ Yes

**IF A STAY OF A FINANCIAL INSTITUTION EXECUTION HAS BEEN ENTERED, HAS THE JUDGMENT DEBTOR DEFAULTED ON AN INSTALLMENT PAYMENT ORDER?**
○ No   ○ Yes   (Specify)

_[signature]_
Signature of Attorney or Party Making Application

August 7, 2008
Date

Richard P. Colbert
Printed Name

ct08721
Bar Number

Day Pitney LLP, One Canterbury Green
Street Address

(203) 977-7300
Phone Number

Stamford, CT 06901
City/State/Zip

rpcolbert@daypitney.com
Email Address

(Rev. 5/6/08)

## ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name and Address of Party against whom judgment has been entered | Name of Party in whose favor judgment has been obtained |
|---|---|
| Stanley Shenker<br>FCI JESUP<br>FEDERAL CORRECTIONAL INSTITUTION<br>2680 301 SOUTH<br>JESUP, GA 31599 | World Wrestling Federation Entertainment, Inc.<br>c/o Jerry S. McDevitt, Esq.,<br>Kirkpatrick & Lockhart Preston Gates Ellis<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 |

| Amount of Judgment | Name of Creditor's Attorney | Date of Judgment |
|---|---|---|
| $2,867,239.55 | Jerry S. McDevitt, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 | May 9, 2007 |

**CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**
**SS. BRIDGEPORT**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered and/or registered by this court.

Certified in Bridgeport, CT, July 29, 2008

Robin D. Tabora
CHIEF, CLERK OF COURT

By _____